# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2902
_____

YONBLOKSIS YOUNG,

    Appellant,

    v.

ONTARYA ALLEN-JOHNSON,
Personal Representative of the
Estate of Larry Darnell Allen
Sr.,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.


April 27, 2026

PER CURIAM.

    AFFIRMED.

RAY, WINOKUR, and TREADWELL, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Yonbloksis Young, pro se, Appellant.

No appearance for Appellee.